IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DENNIS FRIEDT, | Cause No. CV 21-60-H-SEH |
| Plaintiff, | |
| vs. | ORDER |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

On August 3, 2021, Plaintiff Friedt filed a complaint under 42 U.S.C. § 1983 alleging the Internal Revenue Service violated his civil rights.[1] On September 7, 2021, the Court found the pleading failed to state a claim for relief[2] and ordered Friedt to respond on or before September 30, 2021.

Friedt did not respond as ordered. Instead, he filed a Motion for Hearing that did not comply with L.R. 7.1 and that failed to plead facts or law stating a plausible

---

[1] Doc. 1 at 1–2.

[2] Doc. 5 at 2–3.

claim for relief.[4]

**ORDERED:**

1. Friedt's complaint is DISMISSED WITH PREJUDICE, without leave to amend, for failure to state a claim on which relief may be granted.

2. Friedt's motion for hearing[5] is DENIED AS MOOT.

DATED this _25th_ day of October, 2021.

Sam E. Haddon
United States District Court

---

[4] Doc. 7.

[5] Doc. 7.